IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CESAR LUIS PINO MARCHAN,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN/FACILITY, *Administrator, Moshannon Valley ICE Processing Center*, et al.,<br><br>Respondents, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-cv-01900-MRH |

**ORDER DISMISSING PETITION**

Respondents have filed a Status Report representing that Petitioner presently has access to an individualized bond hearing under § 1226(a) in the immigration court. (ECF No. 12). Respondents report that a bond hearing was set for October 16, 2026; however, counsel for Petitioner withdrew the request for a hearing on that date. (ECF No. 12-1, at 2). Respondents note that Petitioner may renew his request for a bond hearing, with supporting documents, when he is ready. (ECF No. 12, at 3). Because Petitioner has access to a bond hearing in the immigration court under § 1226(a), the Petition for Writ of Habeas Corpus should be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that the [4] Petition is dismissed, without prejudice, as moot. The Clerk will close the case on the docket without prejudice, and the Court retains jurisdiction over the action and the parties pending further proceedings, as may be appropriate, including interpretation or enforcement of its Orders.

DATED this 21st day of October, 2026.

/s/ Mark R. Hornak
Mark R. Hornak
United States District Judge